```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANELYS HERNANDEZ, on behalf of herself
and all others similarly situated,

                    Plaintiffs,

        - against -

DIAMOND AGE, LLC,

                    Defendants.
-------------------------------------------------------------X

23-CV-4506 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Based on the Civil Case Management Plan and Scheduling Order that was issued on September 26, 2023 (Dkt. 12), the parties were due to submit a joint status letter to the Court by December 26, 2023, but did not do so. Accordingly, the parties shall file a status update by January 11, 2024.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2024
        New York, New York

Copies transmitted this date to all counsel of record.