MEMO ENDORSED    Case 1:23-cv-04506-ALC-RWL   Document 18   Filed 04/23/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/23/2024

# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

April 22, 2024

**VIA ECF**
Honorable Judge Andrew L. Carter, Jr.,
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

**23-cv-04506-ALC**

Re:   **Janelys Hernandez v. Diamond Age, LLC** - Case No. 1:23-cv-06012-KPF

To the Honorable Judge Andrew L. Carter, Jr.,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated February 22, 2024 (Docket No. 16). The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from April 22, 2024 to May 22, 2024. This is the first request for this relief and is on consent of both parties.

The parties wish to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorneys for Plaintiff*

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 23, 2024